Jeff R. Dingwall (CA: 265432)
EIGHT & SAND
550 W B Street, Fourth Floor
San Diego, CA  92101
P: 619-796-3464
E: jeff@eightandsandlaw.com
*Pro Hac Vice*

Elizabeth M. Quick (WSBA: 28869)
QUICK LAW GROUP PLLC
1621 114th Avenue SE
Bellevue, WA 98004
P: 425-576-8150
E: liz@quicklawgrouppllc.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAKE SHREVES,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER RAIL CORPORATION; and YAKIMA CENTRAL RAILWAY,<br><br>Defendants. | Case No.: 1:19-cv-03012-SMJ<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES |

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend to file the Stipulated Dismissal as soon as practicable,

but respectfully request that the parties are given 60 days to file the said Dismissal. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines as set forth in the October 5, 2020, Order Granting Fourth Joint Motion for Relief from Scheduling Order and Amended Scheduling Order (ECF No. 56).

    Plaintiff is filing this Notice and Motion with Defendants' approval and permission.

Dated: June 10, 2021

                            *s/Jeff R. Dingwall*
                            Jeff R. Dingwall
                            *Pro Hac Vice*

                            *s/Elizabeth M. Quick*
                            Elizabeth M. Quick
                            QUICK LAW GROUP PLLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, I caused the foregoing document to be filed and served through this Court's CM ECF electronic filing system to:

>David P. Rossmiller
>Kelsey A. Terry
>Andrew Gust
>Betts Patterson & Mines, PS
>111 SW Fifth Avenue, Suite 3650
>Portland, OR 97204
>T: (901) 766-4311
>F: (901) 767-7411
>drossmiller@bpmlaw.com
>kterry@bpmlaw.com
>agust@bpmlaw.com

>Attorneys for Defendants
>Frontier Rail Corporation
>Yakima Central Railway

Dated: June 10, 2021

>*s/Jeff R. Dingwall*
>Jeff R. Dingwall
>*Pro Hac Vice*