FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAKE SHREVES,<br><br>    Plaintiff,<br><br>    v.<br><br>FRONTIER RAIL CORPORATION, and YAKIMA CENTRAL RAILWAY CORPORATION,<br><br>    Defendants. | No. 1:19-cv-03012-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 27, 2021, the parties filed a stipulated dismissal, ECF No. 178. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1.   The parties' Stipulated Motion to Dismiss, **ECF No. 178**, is **GRANTED**.

2.   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3.   All pending motions are **DENIED AS MOOT**.

4.   All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2